UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK HILLS

     Plaintiff,                      Civil Case No. 23-12302
                                        Honorable Linda V. Parker

v.

ATLAS OIL, SAM SIMON, and
DAWN THOMSON

     Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE ALTMAN'S MARCH 6, 2024 REPORT & RECOMMENDATION (ECF NO. 16)

Plaintiff commenced this *pro se* lawsuit against Defendants on September 7, 2020. On November 3, 2023, Defendants filed their partial motion to dismiss and for a more definite statement (ECF No. 13). The Court directed Plaintiff to respond to Defendants' motion by December 6, 2023. (ECF No. 14.) No response has been filed. The matter has been assigned to Magistrate Judge Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On March 6, 2024, Magistrate Judge Altman issued a Report and Recommendation ("R&R") recommending that the Court grant in part Defendants' partial motion to dismiss. (ECF No. 16.) She recommends dismissing Plaintiff's

Title VII and ADEA claims against Defendants Simon and Thompson. (*Id.*) She further recommends denying Defendants' motion for a more definite statement. (*Id.*)

At the conclusion of her R&R, Magistrate Judge Altman advised the parties that they may object to and seek review of the R&R within fourteen (14) days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' partial motion to dismiss and for a more definite statement is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's Title VII and ADEA claims are dismissed and Defendants Thomson and Simon are dismissed from this case ; and it is further

**ORDERED** that Defendants' motion for a more definite statement is **DENIED**; and it is further

**ORDERED** that Defendant Atlas Oil shall file an answer to Plaintiff's

2

complaint within twenty-one (21) days of this Order .

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 29, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 29, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

3